DATE:  March 4, 2025


The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:


1.  *Ray W. Mettetal, Jr., M.D.*
    *v. Virginia Board of Medicine*
    Record No. 1142-23-2
    Opinion rendered by Senior Judge Clements on
      December 30, 2024

2.  *Devin J. Garofalo*
    *v. Jayne W. Di Vincenzo*
    Record No. 1303-23-2
    Opinion rendered by Judge Causey on
      December 30, 2024

3.  *MAD Properties, LLC, et al.*
    *v. County of Augusta*
    Record No. 1381-23-3
    Opinion rendered by Judge Athey on
      December 30, 2024

4.  *Stavros P. Galiotos, Individually and as*
      *Trustee of the Anthony S. Galiotos Trust and*
      *Trustee of the Irene A. Galiotos Trust*
    *v. Tasos A. Galiotos, Individually as*
        *Beneficiary under the Will of Irene A. Galiotos and as*
        *Trustee and Beneficiary of the Anthony S. Galiotos Trust and*
        *Trustee of the Irene A. Galiotos Trust, et al.*
    Record No. 0068-24-1
    Opinion rendered by Judge Raphael on
      December 30, 2024

5.  *Michael Timothy Johnson*
    *v. Commonwealth of Virginia*
    Record No. 0743-23-4
    Opinion rendered by Judge Chaney on
      January 7, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Sh'Kise Fazion Cappe*
   *v. Commonwealth of Virginia*
   Record No. 1161-22-1
   Opinion rendered by Judge Friedman
   on January 16, 2024
   Judgment of Court of Appeals affirmed by published order issued on February 13, 2025
   (240055)

The Supreme Court issued an opinion in the following case, which had been appealed from this Court

1. *Jerome Lee Wilkerson*
   *v. Commonwealth of Virginia*
   Record No. 1385-22-1
   Memorandum opinion rendered by Judge Callins
     on October 17, 2023
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
   on February 20, 2025
     (230914)